

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2017

No. 04-17-00600-CV

**IN THE INTEREST OF R.G., JR.,ET AL,**
Appellant

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02312
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is granted. The appellant's brief is due on November 13, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court